UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

In re: BAYCOL PRODUCTS LITIGATION

MDL No.: 1431 (MJD)

This Document Relates to:

VICIA MCKINNEY, et al., v.
BAYER CORPORATION, et al.

Case No. 02-CV-0452

---

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiffs and counsel for defendants that the claims of Plaintiff, VICIA MCKINNEY, in the above-entitled action may be and are hereby dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1). The parties shall each bear their own costs. This dismissal shall not affect the claims of the remaining plaintiff in this action.

Dated: 11/18/06

[signature]

Robert E Piper, Jr
Piper & Assoc
PO Box 69
Shreveport, LA 71161

Deanna D. Dailey, Esq.
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, Minnesota 55101

*Attorneys for Plaintiffs*

762392-1



SCANNED
DEC 19 2006
U.S. DISTRICT COURT MPLS

Dated: 12/15/06

Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

Paul J. Zidlicky
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

*Counsel for Bayer Corporation*

Dated: 12/15/06

Scott A. Smith
Tracy J. Van Steenburgh
HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A.
220 South Sixth Street, Suite 600
Minneapolis, Minnesota 55402-4501
(612) 338-1838

Fred T. Magaziner
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

*Counsel for SmithKline Beecham Corporation d/b/a GlaxoSmithKline*

IT IS HEREBY ORDERED pursuant to the above stipulation, that the claims of Vicia McKinney are hereby dismissed with prejudice. Each party to bear their own costs.

Date: DEC 19 2006

Michael J. Davis
United States District Court

Civil No. 02-0452